IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Aubrey Cooper

Debtor

Bankruptcy No. 14-41678
Judge Janet S. Baer
Chapter: 7

## NOTICE OF MOTION

TO:  Aubrey Cooper, 4730 W. Fulton Avenue, Chicago, IL 60644
　　　N. Neville Reid, 200 W. Madison Street, Suite 3000, Chicago, IL 60606
　　　Charles L. Magerski, 900 Jorie Boulevard, Suite 150, Oak Brook, IL 60523
　　　Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604

　　　Please take notice on December 8, 2014 at 9:30 am, I shall appear before the Honorable Janet S. Baer, in Courtroom 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present the attached motion at which time you may appear if you wish.

/s/ Rocio Herrera
Rocio Herrera, IL ARDC #6303516

## CERTIFICATE OF SERVICE

I, Rocio Herrera, an attorney certify that I served the attached motion by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on December 1, 2014. The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Rocio Herrera
Rocio Herrera, IL ARDC #6303516

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Aubrey Cooper

          Debtor

Bankruptcy No. 14-41678
Judge Janet S. Baer
Chapter: 7

## MOTION FOR ORDER ANNULLING THE STAY

    NOW COMES The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates Series 2005-14 by Green Tree Servicing LLC (hereinafter "Movant"), through its attorney, Rocio Herrera of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The Movant, a party in interest, holds a Mortgage dated October 5, 2005 on the property located at 4633 W. Monroe Street, Chicago, Illinois 60644, in the original amount of $245,000.00. (See attached Mortgage documents attached as Exhibit "A").

2. The above-captioned Chapter 7 case was filed on November 18, 2014.

3. The Debtor's statement of intent indicates the subject property is being surrendered.

4. As of December 1, 2014, the Debtor has failed to maintain payments pursuant to the terms of the Note and Mortgage thereby accruing a default of $47,097.84 through December 1, 2014 including late fees, but not including attorney fees or other advances. This figure does not constitute reinstatement. Please see default calculations below:

        20 payments May 1, 2013 through December 1, 2014 at $2,304.21 each
        Plus late fees through December 1, 2014 $1,013.64

5. On April 24, 2014, prior to the filing of this Bankruptcy case, Movant caused to be filed a Complaint to Foreclosure Mortgage.

6. On November 3, 2014, prior to the filing to the bankruptcy, Movant caused to be filed a Motion for Judgment.

7. On November 19, 2014, Movant, without knowledge of this Bankruptcy, caused to be entered a Judgment of Foreclosure and Sale, attached hereto as Exhibit "B".

8. As the Judgment of Foreclosure and Sale was entered after this case was filed, it is not valid and as such Movant hereby requests that this Honorable Court annul the stay to validate the Judgment of Foreclosure and Sale in the interest of judicial economy.

9. The Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

10. The Movant has no adequate protection as the Debtor is not making payments to the Movant as provided by said mortgage, there is little or no equity available in the property and Debtor has indicated an intent to surrender the subject property.

11. That should the Debtor wish to reinstate while under the jurisdiction of this Court, Movant requests to be reimbursed for the costs and attorney fees of filing this motion.

12. That Movant is entitled to relief pursuant to 11 U.S.C. 362(d).

13. The Movant requests waiver of 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

WHEREFORE, The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates Series 2005-14 by Green Tree Servicing LLC prays for the entry of an order modifying, annulling or terminating the Automatic Stay instanter to allow foreclosure, eviction, or any other action with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

/s/ Rocio Herrera
Rocio Herrera, ARDC #6303516
Attorney for The Bank of New York Mellon , f/k/a
The Bank of New York, as trustee for the
certificateholders of the CWABS, Inc., Asset-

                                      Backed Certificates Series 2005-14 by Green Tree Servicing LLC

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE