UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-41678 |
| Aubrey Cooper | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## ORDER ANNULLING AUTOMATIC STAY

This cause coming to be heard on the Motion of The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates Series 2005-14, by Green Tree Servicing LLC, through its attorneys, Johnson, Blumberg & Associates, LLC, for relief from the automatic stay, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the automatic stay of the above case is hereby annulled to allow The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates Series 2005-14, by Green Tree Servicing LLC to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 4633 W. Monroe Street, Chicago, Illinois 60644.

B. That the 14-day stay provision of Rule 4001(a)(3) is waived by the Court.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  December 08, 2014

**Prepared by:**

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711