B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–41678**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Aubrey Cooper
  4730 W Fulton Avenue
  Chicago, IL 60644

Social Security / Individual Taxpayer ID No.:
  xxx–xx–2929

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                          FOR THE COURT

Dated: <u>March 10, 2015</u>                           <u>Jeffrey P. Allsteadt, Clerk</u>
                                                          United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Aubrey Cooper  
    Debtor

Case No. 14-41678-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: admin    Page 1 of 2    Date Rcvd: Mar 10, 2015  
                         Form ID: b18      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2015.

```
db           +Aubrey Cooper,    4730 W Fulton Avenue,    Chicago, IL 60644-2713
22645784      Advocate Medical Group,    PO Box 92523,    Chicago, IL 60675-2523
22645787     +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22645788      Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
               Saint Louis, MO 63179-0034
22645790      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22645791     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22645797     +Johnson Blumberg & Associates, LLC,    230 W. Monroe Sreet, Suite 1125,    Chicago, IL 60606-4723
22645800     +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
               Chicago, IL 60601-6207
22645804     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr           +EDI: QNNREID.COM Mar 11 2015 01:08:00      N. Neville Reid,    Fox, Swibel, Levin & Carroll, LLP,
               200 W. Madison Street,    Suite 3000,    Chicago, IL 60606-3417
22645785     +EDI: CAPITALONE.COM Mar 11 2015 01:08:00      Capital One Bank,    Attn: General Correspondence,
               Po Box 30285,    Salt Lake City, UT 84130-0285
22645786     +EDI: CHASE.COM Mar 11 2015 01:08:00      Chase *,    ATTN: Bankruptcy Department,
               P.O. Box 15298,    Wilmington, DE 19850-5298
22645789     +EDI: WFNNB.COM Mar 11 2015 01:08:00      Comenity Bank,    Attention; Bankruptcy,    Po Box 182686,
               Columbus, OH 43218-2686
22645792     +EDI: RMSC.COM Mar 11 2015 01:08:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
               Fifth Floor,    Stamford, CT 06905-5125
22645793     +EDI: RMSC.COM Mar 11 2015 01:08:00      GE Credit,    Attn: bankruptcy,    Po Box 103104,
               Roswell, GA 30076-9104
22645794     +EDI: RMSC.COM Mar 11 2015 01:08:00      GE Money Bank,    Attn: Bankruptcy,    Po Box 103104,
               Roswell, GA 30076-9104
22645795     +EDI: RMSC.COM Mar 11 2015 01:08:00      GE Money Bank Care Card,    Po Box 960061,
               Orlando, FL 32896-0061
22645796      EDI: RMSC.COM Mar 11 2015 01:08:00      Green Tree Servicing,    332 Minnesota Street Suite 610,
               Saint Paul, MN 55101
22645798     +EDI: CBSKOHLS.COM Mar 11 2015 01:08:00      Kohls,    N56 W 17000 Ridgewood Drive,
               Menomonee Falls, WI 53051-7096
22645799     +EDI: WFNNB.COM Mar 11 2015 01:08:00      Newport News,    Po Box 182125,
               Columbus, OH 43218-2125
22645801     +EDI: SEARS.COM Mar 11 2015 01:08:00      Sears / CBSD,    Attn: Bankruptcy Department,
               PO Box 6189,    Sioux Falls, SD 57117-6189
22645803     +EDI: RMSC.COM Mar 11 2015 01:08:00      Synchrony Bank,    PO Box 530916,
               Atlanta, GA 30353-0916
22645802     +EDI: RMSC.COM Mar 11 2015 01:08:00      Synchrony Bank,    C/o Po Box 965036,
               Orlando, FL 32896-0001
                                                                                              TOTAL: 14
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2015 at the address(es) listed below:

```
              Charles L. Magerski    on behalf of Debtor Aubrey  Cooper Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1           User: admin              Page 2 of 2             Date Rcvd: Mar 10, 2015
                               Form ID: b18             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rocio  Herrera    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates Series 2005-14 by Green Tree Servicing LLC rocio@johnsonblumberg.com,  bkecfnotices@johnsonblumberg.com
          TOTAL: 4